UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle Dixon, Charles Powell, and Deana Polcare on behalf of themselves and all others similarly situated, | Case No. 0:18-cv-02660-PAM-DTS |
| Plaintiffs, | |
| v. | **JOINT NOTICE OF SETTLEMENT AND REQUEST TO STAY** |
| Target Corp., | |
| Defendant. | |

Plaintiffs Michelle Dixon, Charles Powell, and Deana Polcare, and Defendant Target Corporation, through their respective undersigned counsel, hereby notify the Court that they have reached an agreement in principle to resolve both this matter and the related, first-filed case of *Walters v. Target Corp.*, No. 3:16-cv-01678 (S.D. Cal.). Because *Walters* is the most advanced of the two actions, the parties have agreed to seek preliminary approval of the proposed class settlement in the Southern District of California. They currently anticipate filing a motion for such approval in approximately 30 days.

Based on the foregoing, the parties respectfully request that the current matter be stayed and removed from the Court's active docket pending final resolution of the *Walters* settlement.

Dated: April 30, 2019

s/ Melissa S. Weiner
Melissa S. Weiner
Bar No. 0387900
Joseph C. Bourne
Bar No. 0389922
Attorneys for Plaintiffs
PEARSON, SIMON & WARSHAW, LLP
800 LaSalle Avenue, Suite 2150
Minneapolis, MN 55402
Telephone: (612) 389-0600
Fax: (612) 382-0610
mweiner@pswlaw.com
jbourne@pswlaw.com

Dated: April 30, 2019

s/ Erin L. Hoffman
Erin L. Hoffman
Bar No. 0387835
Jeffrey P. Justman
Bar No. 0390413
Staci L. Perdue
Bar No. 0395216
Attorneys for Defendant Target Corp.
FAEGRE BAKER DANIELS LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402
Telephone: (612) 766-7000
Fax: (612) 766-1600
erin.hoffman@FaegreBD.com
jeff.justman@FaegreBD.com
staci.perdue@FaegreBD.com

James R. McGuire *(pro hac vice)*
CA Bar No. 189275
Lauren L. Erker *(pro hac vice)*
CA Bar No. 291019
Attorneys for Defendant Target Corp.
Morrison & Foerster LLP
425 Market Street
San Francisco, CA  94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 2687522
JMcGuire@mofo.com
LErker@mofo.com