UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Michelle Dixon and Charles Powell, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Target Corp.,<br><br>Defendant. | Civ. No. 18-2660 (PAM/DTS)<br><br><br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation of Dismissal with Prejudice. (Docket No. 49.) The parties have resolved their dispute and seek dismissal of this action with prejudice.

Accordingly, **IT IS HEREBY ORDERED that** this matter is **DISMISSED with prejudice**, without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: December 8, 2020

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge