# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Michelle Dixon, Charles Powell, | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff(s), | |
| v. | Case Number: 18-cv-2660 PAM/DTS |
| Target Corp., | |
| Defendant(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This matter is **DISMISSED with prejudice**, without costs or disbursements to any party.

Date: 12/9/2020                                                                          KATE M. FOGARTY, CLERK